**Quarles & Brady** LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Nicole France Stanton (#020452)
nicole.stanton@quarles.com
Eric B. Johnson (#020512)
eric.johnson@quarles.com
Michael S. Catlett  (#025238)
Michael.catlett@quarles.com

Attorneys for Defendants

IN THE SUPERIO COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Paula Lorona,<br>            Plaintiff,<br>      vs.<br>Arizona Summit Law School, LLC; Infilaw Corporation; Stephanie and Jason Lee; Scott and Jane Doe Thompson; John and Jane Does 1-100; Black Corporations 1-100; White Partnerships 1-100,<br>            Defendants. | Case No.: CV2015-000681<br><br>**NOTICE OF REMOVAL**<br><br>(Assigned to the Hon. Dawn Bergin) |

You are hereby notified that on May 27, 2015, Defendants Arizona Summit Law School, LLC, Infilaw Corporation, Stephanie Lee, and Scott Thompson (collectively, "Defendants") filed in the United States District Court for the District of Arizona a notice confirming removal of this action from the Superior Court of Maricopa County, Arizona to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1331 and 1367, together with a copy of the pleadings served upon it.  Attached as Exhibit "A" to this Notice is a copy of the Notice of Removal (without exhibits) to the United

1 States District Court, filed pursuant to 28 U.S.C. § 1446, and all other applicable provisions of law.

Therefore, Defendants having taken all steps to effect removal of this case, this Court may proceed no further unless or until the case is remanded by Order of the United States District Court. Defendants further certify that Plaintiff has been notified of this removal and served with a copy of the Notice of Removal. See 28 U.S.C. § 1446(d).

RESPECTFULLY SUBMITTED this 27th day of May, 2015.

> QUARLES & BRADY LLP
> 2 North Central Avenue
> Phoenix, AZ  85004
>
> By /s/ Michael S. Catlett
>   Nicole France Stanton
>   Eric B. Johnson
>   Michael S. Catlett
>
> *Attorneys for Defendants*

Original efiled and Copy mailed May 28, 2015 to:

Paula C. Lorona
12705 W. Sierra Circle
El Mirage, AZ  85335

*Plaintiff Pro Per*

Valerie Corral

QB\35259182.1

-2-