Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Nicole France Stanton (#020452)
nicole.stanton@quarles.com
Eric B. Johnson (#020512)
eric.johnson@quarles.com
Michael S. Catlett  (#025238)
Michael.catlett@quarles.com

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Lorona,<br><br>        Plaintiff,<br><br>    vs.<br><br>Arizona Summit Law School, LLC; Infilaw Corporation; Stephanie and Jason Lee; Scott and Jane Doe Thompson; John and Jane Does 1-100; Black Corporations 1-100; White Partnerships 1-100,<br><br>        Defendants. | Case No.: _____<br><br>(formerly Maricopa County Superior Court No. CV2015-000681)<br><br>**VERIFICATION OF MICHAEL S. CATLETT TO DEFENDANTS' NOTICE OF REMOVAL** |

**MICHAEL S. CATLETT,** hereby declares as follows:

1.      My name is Michael S. Catlett.  I am an attorney in the law firm of Quarles & Brady, LLP.  I am counsel of record for Defendants in the above-captioned matter. This Declaration is offered in support of Defendants' Notice of Removal and is based upon my personal knowledge and investigation.

2.      In accordance with 28 U.S.C. § 1446(a) and L.R. Civ. 3.6, Defendants have filed authentic and complete copies of all pleadings and other documents that were

1 | previously filed with the Maricopa County Superior Court, contemporaneously with the

2 | filing of Defendants' Notice of Removal.

3 |      I declare under the penalty of perjury that the foregoing is true and correct.

4 |      DATED this 28th day of May, 2015.

5 |

6 |      QUARLES & BRADY LLP
     2 North Central Avenue

7 |      Phoenix, AZ  85004

8 |      By _____

9 |         Nicole France Stanton
        Eric B. Johnson

10 |         Michael S. Catlett

11 |      Attorneys for Defendants

12 |

13 | QB\152522.00007\35272618.1

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |