1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Lorona,<br><br>                              Plaintiff,<br><br>v.<br><br>Arizona Summit Law School, LLC; Infilaw<br>Corporation, et al.,<br><br>                              Defendants. | No. CV-15-00972-PHX-NVW<br><br>**ORDER** |

This matter having recently come before this Court,

**IT IS ORDERED** that motions pursuant to Fed. R. Civ. P. 12(b)(6) and 12(c) are discouraged if the defect can be cured by filing an amended pleading. Therefore, the parties must meet and confer prior to the filing of such motions to determine whether it can be avoided. Consequently, motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) or for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) must contain a certification of conferral indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading, and have been unable to agree that the pleading is curable by a permissible amendment. In addition, parties shall endeavor not to oppose motions to amend that are filed prior to the Scheduling Conference or within the

/ / /

/ / /

1   time set forth in the Rule 16 Case Management Order. Motions to dismiss that do not

2   contain the required certification are subject to be stricken on the Court's motion.

3         Dated this 29th day of May, 2015.

4

5

6   _____

7                          Neil V. Wake
                    United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28