Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
TELEPHONE 602.229.5200

Nicole France Stanton (#020452)
nicole.stanton@quarles.com
Eric B. Johnson (#020512)
eric.johnson@quarles.com
Michael S. Catlett  (#025238)
Michael.catlett@quarles.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Lorona,<br><br>                     Plaintiff,<br><br>          vs.<br><br>Arizona Summit Law School, LLC; Infilaw Corporation; Stephanie and Jason Lee; Scott and Jane Doe Thompson; John and Jane Does 1-100; Black Corporations 1-100; White Partnerships 1-100,<br><br>                     Defendants. | Case No.: 2:15-cv-00972-NVW<br><br>(formerly Maricopa County Superior Court No. CV2015-000681)<br><br>**INFILAW CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

    This Corporate Disclosure Statement is filed on behalf of Defendant Infilaw Corporation ("Infilaw").  Infilaw hereby discloses the following:

     X    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

    _____ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental

1  corporate party to a proceeding in a district court must file a statement that identifies any
2  parent corporation and any publicly held corporation that owns 10% or more of its stock
3  or states that there is no such corporation.

4  _____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational
5  victim of alleged criminal activity is a corporation the government must file a statement
6  identifying the victim and the statement must also disclose the information required by
7  Rule 12.4(a)(1).

8  The filing party hereby declares as follows:

9  __X__ No such corporation.

10  _____ Party is a parent, subsidiary or other affiliate of a publicly owned
11  corporation as listed below.

12  _____ Publicly held corporation, not a party to the case, with a financial interest in
13  the outcome.

14  _____ Other (please explain)

15  RESPECTFULLY SUBMITTED this 1st day of June, 2015.

QUARLES & BRADY LLP
2 North Central Avenue
Phoenix, AZ  85004

By */s/ Michael S. Catlett*
   Nicole France Stanton
   Eric B. Johnson
   Michael S. Catlett

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants; and further certify that a copy of the foregoing was sent this date by First-Class Mail to:

>Paula C. Lorona
>12705 W. Sierra Circle
>El Mirage, AZ  85335
>Plaintiff Pro Per

*s/Valerie Corral*
QB\35324420.1