Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

Nicole France Stanton (#020452)
nicole.stanton@quarles.com
Eric B. Johnson (#020512)
eric.johnson@quarles.com
Michael S. Catlett  (#025238)
michael.catlett@quarles.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Lorona,<br><br>             Plaintiff,<br><br>       vs.<br><br>Arizona Summit Law School, LLC; Infilaw Corporation; Stephanie and Jason Lee; Scott and Jane Doe Thompson; John and Jane Does 1-100; Black Corporations 1-100; White Partnerships 1-100,<br><br>             Defendants. | Case No.:  2:15-cv-00972-NVW<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Paula Lorona and Defendants Stephanie Lee, Jason Lee, and Scott Thompson ("Individual Defendants") hereby stipulate and agree to dismiss with prejudice any and claims asserted by Plaintiff against the Individual Defendants in this lawsuit with each party with each party bearing own costs and attorneys' fees.  A proposed order is attached herewith.

1

RESPECTFULLY SUBMITTED this 4th day of June, 2015.

2

3      Paula C. Lorona
       12705 W. Sierra Circle
4      El Mirage, AZ  85335

5

6      By  */s/  Paula C. Lorona*
            Paula C. Lorona

7      Plaintiff Pro Per

8

9      QUARLES & BRADY LLP
       2 North Central Avenue
       Phoenix, AZ  85004

10

11     By  */s/  Eric B. Johnson*
            Nicole France Stanton
12          Eric B. Johnson
            Michael S. Catlett

13     Attorneys for Defendants

14

15                    **CERTIFICATE OF SERVICE**

16     I hereby certify that on June 4, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and that a copy of the foregoing was mailed to the following:

17

18     Paula C. Lorona
       12705 W. Sierra Circle
19     El Mirage, AZ  85335

20

21     */s/  Ginger L. Chilcote*
22     An employee of Quarles & Brady LLP

23

24

25

26