Paula C. Lorona
12705 W. Sierra Circle
El Mirage, AZ  85335

Plaintiff Pro Per

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Lorona,<br>            Plaintiff,<br>      vs.<br>Arizona Summit Law School, LLC; Infilaw Corporation; Stephanie and Jason Lee; Scott and Jane Doe Thompson; John and Jane Does 1-100; Black Corporations 1-100; White Partnerships 1-100,<br>            Defendants. | Case No.:  2:15-cv-00972-NVW<br><br>**STIPULATION FOR FILING MOTION FOR LEAVE TO AMEND COMPLAINT** |

Pursuant to the Court's Order (Docket #11) dated June 5, 2015, Plaintiff Paula Lorona was to file a motion for leave to amend her Complaint no later than Monday, June 15, 2015.  Plaintiff has recently sought the potential assistance of counsel who is reviewing the case file and will make a determination shortly as to whether or not it shall represent Plaintiff.  As a result, the parties stipulate that Plaintiff shall have until Thursday, June 25, 2015 to file a Motion for Leave to Amend Complaint. Upon the filing of a new amended complaint, Defendants shall have ten days to file a responsive pleading.

RESPECTFULLY SUBMITTED this 15th day of June, 2015.

        Paula C. Lorona
        12705 W. Sierra Circle
        El Mirage, AZ  85335

By */s/ Paula C. Lorona (with permission)*
    Paula C. Lorona

Plaintiff Pro Per

QUARLES & BRADY LLP
2 North Central Avenue
Phoenix, AZ  85004

By */s/ Eric B. Johnson*
    Nicole France Stanton
    Eric B. Johnson
    Michael S. Catlett

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and that a copy of the foregoing was mailed to the following:

Paula C. Lorona
12705 W. Sierra Circle
El Mirage, AZ  85335


*/s/ Ginger L. Chilcote*
An employee of Quarles & Brady LLP

-2-

QB\152522.00007\35502698.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26