IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula C. Lorona, | No. CV-15-00972-PHX-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Summit Law School, LLC, et al., | |
| Defendants. | |

The Court having considered the parties' Stipulation for Filing Motion for Leave to Amend Complaint (Doc. 12), and good cause appearing,

IT IS HEREBY ORDERED that the Plaintiff shall file a Motion for Leave to File an Amended Complaint by no later than Thursday, June 25, 2015.  Upon the filing of a new amended complaint, Defendants shall have ten days to file a responsive pleading.

Dated this 16th day of June, 2015.

_____
Neil V. Wake
United States District Judge