IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula Lorona,<br><br>              Plaintiff,<br><br>v.<br><br>Arizona Summit Law School, LLC; Infilaw Corporation, et al.,<br><br>              Defendants. | No. CV-15-00972-PHX-NVW<br><br>**ORDER** |

The Court, having considered Plaintiff's Amended Motion for Leave to File Second Amended Complaint (Doc. 18), and good cause appearing,

IT IS HEREBY ORDERED granting Plaintiff's Amended Motion (Doc. 18).

IT IS FURTHER ORDERED that Plaintiff shall file her Second Amended Complaint no later than Thursday, July 23, 2015. Upon the filing of Plaintiff's Second Amended Complaint, Defendants shall have ten days to file a responsive pleading.

Dated this 21st day of July, 2015.

Neil V. Wake
United States District Judge