Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
Telephone 602.229.5200

Nicole France Stanton (#020452)
  nicole.stanton@quarles.com
Eric B. Johnson (#020512)
  eric.johnson@quarles.com
Michael S. Catlett (#025238)
  Michael.catlett@quarles.com
Attorneys for Defendants ASL and IC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paula C. Lorona,<br><br>           Plaintiff,<br><br>      vs.<br><br>Arizona Summit Law School, LLC, et al.<br><br>           Defendants. | NO. CV-15-00972-PHX-NVW<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Honorable<br> Neil V. Wake) |

NOTICE IS HEREBY GIVEN that on September 2, 2015, Defendants Arizona Summit Law School, LLC and InfiLaw Corporation, by and through their undersigned counsel, served Defendants' Disclosures Pursuant to Initial Discovery Protocols, by mailing the original to Plaintiff's counsel.

DATED this 3rd day of September 2015.

QUARLES & BRADY LLP


By    s/ Eric B. Johnson
    Nicole France Stanton
    Eric B. Johnson
    Michael S. Catlett
   Attorneys for ASL and IC

. . .

. . .

QB\152522.00007\36504101.1

1. I hereby certify that on the 3rd day of September, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing for the following CM/ECF registrants:

- Robert T Mills
  Sean Anthony Woods
  Mills +Woods Law PLLC
  5055 North 12th Street, Suite 101
  Phoenix, Arizona 85014
  rmills@millsandwoods.com
  swoods@millsandwoods.com

  s/Carol L. Jones
An employee of Quarles & Brady, LLP