QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona  85004-2391
Telephone 602.229.5200
Fax 602.229.5690

Nicole France Stanton (#020452)
  nicole.stanton@quarles.com
Eric B. Johnson (#020512)
  eric.johnson@quarles.com
Michael S. Catlett  (#025238)
  Michael.catlett@quarles.com

Attorneys for Defendants Arizona Summit Law School, LLC and InfiLaw Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Paula C. Lorona,<br><br>             Plaintiff,<br><br>      vs.<br><br>Arizona Summit Law School, LLC, et al.<br><br>             Defendants. | Case No. CV-15-00972-PHX-NVW<br><br>**STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>[Assigned to the Honorable Neil v. Wake] |
|---|---|

The parties agree that discovery and disclosure in this matter may involve materials that are reasonably considered to be private, confidential, trade secret, commercially sensitive and/or proprietary in nature.  For that reason, the parties, by their undersigned counsel, jointly move this Court for entry of a protective order in the form attached hereto.

DATED this 9th day of September, 2015.

| MILLS +WOODS LAWPLLC<br>5055 North 12th Street,<br>Suite 101<br>Phoenix, AZ 85014<br><br>By s/ Sean A. Woods<br>   Robert T. Mills<br>   Sean A. Woods<br>Attorneys for Plaintiff | QUARLES & BRADY LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, Arizona  85004-2391<br><br>By  s/ Eric Johnson<br>   Nicole France Stanton<br>   Eric B. Johnson<br>   Michael S. Catlett<br>Attorneys for Defendants Arizona Summit Law School, LLC and InfiLaw Corporation |
|---|---|

1  I hereby certify that on 9th September 2015, I electronically transmitted the attached
2  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
   Notice of Electronic Filing to the following CM/ECF registrants:
3
4  - Robert T Mills    rmills@millsandwoods.com
   - Sean Anthony Woods    swoods@millsandwoods.com,
5    docket@millsandwoods.com

6  s/ Jeannie Fraser
   *An Employee of Quarles & Brady LLP*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28