1  Robert T Mills (Arizona Bar #018853)
2  Sean A Woods (Arizona Bar #028930)
   **Mills + Woods Law PLLC**
3  5055 North 12th Street, Suite 101
   Phoenix, Arizona 85014
4  Telephone (480) 999-4556
   docket@millsandwoods.com
5  *Attorneys for Plaintiff*

6              **UNITED STATES DISTRICT COURT**

7              **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paula C. Lorona,<br><br>            Plaintiff,<br><br>vs.<br><br>Arizona Summit Law School LLC, a Delaware limited liability company; Infilaw Corporation, a Delaware corporation; Jane and Johns Doe 1-100; Black Corporation 1-100; White Partnership 1-100,<br><br>            Defendants, | Case No.: 2:15-cv-00972-NVW<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Assigned to the Honorable Neil V. Wake) |

   PLEASE TAKE NOTICE that on this date Plaintiff Paula C. Lorona, by and through undersigned counsel, served Defendant Arizona Summit Law School LLC via hand delivery on May 27, 2016 with (1) PLAINTIFF PAULA LORONA'S SECOND REQUESTS FOR PRODUCTION TO DEFENDANT ARIZONA SUMMIT LAW SCHOOL, and (2) PLAINTIFF PAULA LORONA'S SECOND SET OF INTERROGATORIES TO DEFENDANT ARIZONA SUMMIT LAW SCHOOL. Additionally, Plaintiff Paula C. Lorona, by and through undersigned counsel, has emailed a copy of both discovery requests

to Defendant Arizona Summit Law School's counsel Nicole Stanton, Eric Johnson, and Michael Catlett on May 27, 2016.

**RESPECTFULLY SUBMITTED** this 27th day of May 2016.

**MILLS + WOODS LAW PLLC**

By   /s/ Robert T. Mills
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ  85014
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Nicole France Stanton (#020452)
nicole.stanton@quarles.com
Eric B. Johnson (#020512)
eric.johnson@quarles.com
Michael S. Catlett (#025238)
Michael.catlett@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
*Attorneys for Defendants*

/s/ Sean A. Woods