ROBERT T MILLS (ARIZONA BAR #018853)
SEAN A WOODS (ARIZONA BAR #028930)
**MILLS + WOODS LAW PLLC**
5055 NORTH 12TH STREET, SUITE 101
PHOENIX, ARIZONA 85014
TELEPHONE (480) 999-4556
DOCKET@MILLSANDWOODS.COM
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAULA C. LORONA, | CASE NO.: 2:15-CV-00972-NVW |
| PLAINTIFF, | **NOTICE OF SERVICE OF DISCOVERY** |
| VS. | |
| ARIZONA SUMMIT LAW SCHOOL LLC, A DELAWARE LIMITED LIABILITY COMPANY; INFILAW CORPORATION, A DELAWARE CORPORATION; JANE AND JOHNS DOE 1-100; BLACK CORPORATION 1-100; WHITE PARTNERSHIP 1-100, | (ASSIGNED TO THE HONORABLE NEIL V. WAKE) |
| DEFENDANTS, | |

PLEASE TAKE NOTICE that Plaintiff Paula C. Lorona, by and through undersigned counsel, served Defendant Arizona Summit Law School LLC via hand delivery on May 27, 2016 with PLAINTIFF PAULA LORONA'S FIRST SET OF REQUESTS FOR ADMISSION TO DEFENDANT ARIZONA SUMMIT LAW SCHOOL. Additionally, Plaintiff Paula C. Lorona, by and through undersigned counsel, has emailed a copy of the discovery requests to Defendant Arizona Summit Law School's counsel Nicole Stanton, Eric Johnson, and Michael Catlett on May 28, 2016.

1
2   **RESPECTFULLY SUBMITTED** this 28th day of May 2016.
3
                               **MILLS + WOODS LAW PLLC**
4
5              By    /s/ Robert T. Mills
                    Robert T. Mills
6                   Sean A. Woods
                    5055 North 12th Street, Suite 101
7                   Phoenix, AZ  85014
                    *Attorneys for Plaintiff*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Nicole France Stanton (#020452)
nicole.stanton@quarles.com
Eric B. Johnson (#020512)
eric.johnson@quarles.com
Michael S. Catlett (#025238)
Michael.catlett@quarles.com
Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
*Attorneys for Defendants*

/s/ Sean A. Woods